**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **ROBERT GARY DOTSON** ) | |
|    Debtor ) | Chapter 13 |
| _____ ) | |
| **KINGS COURT CONDOMINIUMS** ) | Case No.: **NO.: 17-16885-LLS** |
| **HOMEOWNER'S ASSOCIATION** ) | |
|    Movant ) | |
| ) | |
| Vs. ) | |
| ) | |
| **ROBERT GARY DOTSON** ) | |
|    Debtor ) | |
| ) | |
| _____ ) | |
| REBECCA HERR ) | |
| ) | |
|    Trustee ) | |
| ) | |
|    Respondents ) | |

## NOTICE OF JOINT MOTION FOR RELIEF FROM STAY AND HEARING THEREON

A motion was filed on behalf of the debtor seeking relief from the automatic stay of 11 U.S.C. Section362 (a) to enable the Court to determine if the automatic stay applies to a matter pending in the D.C. Court of Appeals involving the Debtor Robert Gary Dotson and Kings Court Condominium. Your rights may be affected. You should read these papers carefully and discuss them with your lawyer. If you do not have a lawyer, you may wish to consult one. A copy of the motion is attached.

If you do not want the court to grant the motion avoiding the lien, or if you want the court to consider your views on the motion, the by July 13, 2020 you or your lawyer must file with the Clerk of the Bankruptcy Court a response to the motion explaining your position and mail a copy of the response to:

    Kim Parker, Esq.
    Law Offices of Kim Parker, PA
    2123 Maryland Ave
    Baltimore, Maryland 21218

    And

    Yaida Oni Ford
    Ford Law Pros PC
    1001 G. St., NW, Ste 1150 W.C.
    Washington, DC 20001

If you mail rather than deliver your response to the Clerk of the Court for filing you must mail it early enough so that the court will receive it by the date stated above.

If you file a timely response to the motion, the hearing on the motion will take place on July 27th, 2020 at 2:00 PM, in Courtroom 3-D, in the United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.

**If you or your lawyer do not file and serve a timely response to the motion, the court may find that you do not oppose the relief sought in the motion and may grant or otherwise dispose of the motion before the scheduled hearing date.**

**Date:** 06/27/2020                                  Kim Parker, Esq. (#23894)
                                                     Law Offices of Kim Parker, PA
                                                     2123 Maryland Ave
                                                     Baltimore, Maryland 21218
                                                     Tel: 410-234-2621
                                                     Fax:410-234-2612
                                                     Email:k0@kimparkerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Joint Motion to Motion for Relief From Stay with Notice of Hearing Motion for Relief From Stay will be served electronically by the Court's CM/ECF system on the following: Rebecca Herr, Trustee at ECF@ch13.com; Wendell W. Webster at wwebster@websterfredrick.com. and was mailed first class mail postage prepaid on 27th day of June, 2020 to:

/s/ Kim Parker

Kim Parker