**DENIED**

THE MOTION DOES NOT PRESENT A JUSTICIABLE ISSUE FOR THIS COURT TO DECIDE. THE COURT WILL DETERMINE WHETHER THE AUTOMATIC STAY APPLIES TO THE PENDING APPEAL WHEN IT IS PRESENTED WITH A PROPER MOTION REQUESTING SPECIFIC RELIEF. IN THE MEANTIME, THE COURT WILL NOT ISSUE AN ADVISORY OPINION.



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE: | ) |
| **ROBERT GARY DOTSON** | ) |
| Debtor | ) Chapter 13 |
| **KINGS COURT CONDOMINIUMS HOMEOWNER'S ASSOCIATION** | ) Case No.: **NO: 17-16885-LLS** |
| Movant | ) |
| Vs. | ) |
| **ROBERT GARY DOTSON** | ) |
| Debtor | ) |
| REBECCA HERR | ) |
| Trustee | ) |
| Respondent | ) |

**JOINT MOTION FOR RELIEF FROM AUTOMATIC STAY**

Comes Now, Robert Dotson, (Movant) by Counsels, and moves the Honorable United States Bankruptcy Court for Relief From the Stay imposed by 11 U.S.C. Section 362(a) and 1301, and in support thereof, states as follows:

1. On or about October 3, 2019, the D.C. Court of Appeals issued an Order which requested that "the bankruptcy trustee ask the bankruptcy judge to make a determination as to whether the lawsuit issue is this appeal is now, or should going forward be, subject to a during the pendency of bankruptcy proceeding."

2. The matter having come before the Bankruptcy Court on a motion of the bankruptcy Trustee, and the motion having been heard by the Court and the directing the Debtor (and/or Kings Court Condominium Homeowners Association to join in) to file a Motion for Relief.

3. The Joint Consent Motion for Relief is filed requesting Bankruptcy Court determine whether or not the stay exists and if so whether it should be lifted to permit Debtor's appeal to move forward in another court.

Respectfully submitted,

LAW OFFICES OF KIM PARKER P.A.

/s/ Kim Parker

_____

Kim Parker, Esq., Trial Bar No.: 23894
2123 Maryland Ave
Baltimore, Maryland 21218
Phone: 410-234-2621
Fax: 410-234-2612
E-mail: kp@kimparkerlaw.com

Ford Law Pros PC

/s/ Yaida Oni Ford

_____

Yaida Oni Ford (#497013)
1001 G. St., NW, Ste 1150 W.C.
Washington, DC 20001

**DENIED** (stamp)

### CERTIFICATE OF SERVICE

I hereby certify that on the 18TH day of June 2020, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Joint Motion for Relief From Stay will be served electronically by the Court's CM/ECF system on the following: Rebecca Herr, Trustee at ECF@ch13.com; Wendell W. Webster at wwebster@websterfredrick.com.

/s/ Kim Parker
_____
Kim Parker, Esq.
